IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cr-00251-M-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELIJ-WN UNIQUE OGLESBY,

    Defendant.

ORDER

This matter comes before the court on Defendant's consent motion to continue his sentencing [DE 209]. For good cause shown, the motion is GRANTED. Defendant's sentencing is continued until the January 23, 2024 term of court.

SO ORDERED this 20th day of October, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE